UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKANIYENE ETUK,<br><br>                    Plaintiff,<br><br>    -v-<br><br>BRONXWORKS, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 4953 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Pro se Plaintiff Akaniyene Etuk ("Mr. Etuk") has not consented to electronic service in this matter, and Orders in this case are therefore mailed to him as a matter of course at the address listed on the docket. Consistent with this practice, the Court's Orders at ECF Nos. 27, 29, and 32 were mailed to Mr. Etuk, but they have now been returned to the courthouse as undeliverable. (See ECF min. entries Apr. 18, 2025). The envelopes are marked "Return to sender, Attempted – not known, Unable to forward." (Id.)

The Court has previously warned Mr. Etuk that he must notify the Court if his address changes, and that the Court may issue an Order to Show Cause why the case should not be dismissed should he fail to do so. (ECF No. 4).

As it appears that the address listed on the docket for Mr. Etuk is no longer current, Mr. Etuk shall, by **Monday, May 5, 2025**, update his address of record. Mr. Etuk is warned that his failure to comply with this Order may result in the Court recommending dismissal of this action without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etuk.

Dated: New York, New York
April 21, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2