UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE ETUK,

                Plaintiff,

  -v-

BRONXWORKS, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4953 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

On Monday, April 28, 2025, Corporation Counsel for the City of New York (the "City") filed a letter updating the Court as to the status of service of process on the Defendants identified pursuant to the Court's Valentin Order (the "Valentin Defendants"). (ECF No. 39). The City represents that, although not all of the Valentin Defendants have yet been served, it "does not anticipate any issues with [their] representation[.]" (Id. at 2). The City also notes that the docket incorrectly lists the names of Valentin Defendants Dionne Beckett and Amos Woods. (Id.)

By **Friday, May 9, 2025**, the City shall submit a further status letter updating the Court as to the status of service and representation of the Valentin Defendants.

The Clerk of Court is respectfully directed to (1) update the docket to change the name of the Defendant listed as "Dionne Buckett" to "Dionne Beckett" and the name of the Defendant listed as "Amos Clemente" to "Amos Woods" and (2) to mail a copy of this order to Mr. Etuk.

Dated:    New York, New York
           April 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**