UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE ETUK,

                Plaintiff,

  -v-

BRONXWORKS, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4953 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

The Court, having noticed that its orders at ECF Nos. 47, 50, and 58 were returned to sender, respectfully directs to the Clerk of the Court to mail its orders at ECF Nos. 47, 50, and 58 to the following address for Plaintiff found in the Complaint (ECF No. 1):

    Akaniyene Etuk
    1923 McDonald Avenue Apt 167
    Brooklyn, NY 11223

Dated:    New York, New York
            August 14, 2025                    SO ORDERED.

                                                              _____
                                                               SARAH L. CAVE
                                                               **United States Magistrate Judge**