UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE ETUK,

                 Plaintiff,

  -v-

BRONXWORKS, et al.,

                 Defendants.

CIVIL ACTION NO. 24 Civ. 4953 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

On August 1, 2025, Defendants City of New York, Dionne Beckett, Joeche Ramirez, Alex Bedolla-Benavente, Jomelia Lopez Capellan, Shacun Malave, Raven Clemente, and Amos Woods ("City Defendants") filed a motion to dismiss the complaint (ECF Nos. 61–63 (the "MTD")). Plaintiff's deadline to file an opposition to the MTD was on August 15, 2025, but to date, Plaintiff has not filed any opposition.  Accordingly, the Court sua sponte EXTENDS Plaintiff's deadline to oppose the MTD to **Wednesday, September 3, 2025**.  City Defendants' reply shall be due on **Wednesday, September 10, 2025.**  The Court notes that Defendants served the MTD on Plaintiff at an address in Staten Island that is not on the docket nor the address that the Court found in the Complaint.  (See ECF Nos. 1 at 10; 62 at 26).  It is unknown which of the three of Plaintiff's addresses is current, and therefore, Plaintiff is ORDERED to update his current address with the Court.  Failure to do so may result in dismissal of this action for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).  See Murray v. Smythe, No. 18 Civ. 4705 (KMK), 2020 WL 4482644, at *2 (S.D.N.Y. Aug. 3, 2020).

Out of an abundance of caution, the Court respectfully directs the Clerk of the Court to mail the MTD to Plaintiff at the following address:

Akaniyene Etuk
1923 McDonald Avenue Apt 167
Brooklyn, NY 11223

Dated:   New York, New York
   August 18, 2025                    SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge