**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Akaniyene William Etuk,
Plaintiff,



- against -
The City of New York; DHS OFFICERS BECKETT, CLEMENTE, AND
WOODS; NYPD OFFICERS MALAVE, LOPEZ-CAPELLAN, AND RAMIREZ;
AND FORMER NYPD OFFICER BEDOLLA-BENAVENTE,
Defendants.

Case No.: 1:24-cv-04953 (JPC)(SLC)

**PLAINTIFF'S RULE 26(d) REQUEST FOR INITIAL DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff Akaniyene William
Etuk, *pro se*, respectfully requests that the Defendants produce the following
documents and materials for inspection and copying, and makes the following
requests, in anticipation of the commencement of formal discovery following
the Court's ruling on the pending Motion to Dismiss.

This request is made in good faith to ascertain the facts surrounding the
incident of May 25, 2024, which is the subject of this lawsuit.

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff requests that Defendants produce the following items within 30 days
of the Court's order permitting discovery, as required by Rule 34:

1. **Body-Worn Camera (BWC) Footage:** A complete and unredacted copy
   of all Body-Worn Camera footage from all NYPD and DHS officers present
   at 3600 Jerome Avenue, Bronx, New York, on May 25, 2024, between the
   hours of 10:00 AM and 2:00 PM. This includes, but is not limited to,
   footage from Officers Beckett, Clemente, Woods, Malave, Lopez-
   Capellan, Ramirez, and Bedolla-Benavente.

2. **DHS Incident Report:** Any and all reports, memoranda, emails, or other documents created by the Department of Homeless Services (DHS) or BronxWorks concerning the incident involving Plaintiff at 3600 Jerome Avenue on May 25, 2024.

3. **NYPD Incident Report:** Any and all reports, including but not limited to UF-61, UF-250, and aided reports, generated by the NYPD concerning the incident involving Plaintiff at 3600 Jerome Avenue on May 25, 2024.

4. **Medical Transport Records:** Any and all records related to the transportation of Plaintiff to Jacobi Medical Center and/or Montefiore Medical Center on May 25, 2024, including ambulance call reports, if applicable.

5. **BronxWorks Shelter Records:** Any and all records from BronxWorks related to Plaintiff's residency at 3600 Jerome Avenue, including but not limited to:

   o All incident reports filed by or concerning Plaintiff.

   o Logbook entries from May 25, 2024.

   o Emails or communications among staff regarding Plaintiff, specifically any that led to the decision to contact DHS or NYPD on May 25, 2024.

   o Policies and procedures regarding resident removal and contacting law enforcement.

**REQUEST FOR DEPOSITIONS**

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff requests to take the oral depositions of the following individuals upon reasonable notice at a location in the Southern District of New York:

1. **Law Enforcement Personnel:**

   o DHS Officer Dionne Buckett

   o NYPD Officer Joeche Ramirez

- o DHS Officer Beckett

- o Any other DHS or NYPD officer identified in the produced BWC footage as being present during the incident.

2. **Shelter Staff Personnel:**

- o All BronxWorks staff members who were present at 3600 Jerome Avenue on May 25, 2024, and who were involved in the incident leading to Plaintiff's removal.

- o The specific BronxWorks staff member whom Plaintiff reported for using derogatory names, as alleged in the Complaint.

- o Any BronxWorks supervisor or staff member who made the decision to contact the DHS or NYPD on May 25, 2024.

Plaintiff is willing to cooperate with Defendants' counsel to schedule these depositions at a mutually agreeable time and place.

## RESPONSE AND COMPLIANCE

Plaintiff expects that Defendants will preserve all evidence, including the BWC footage and all relevant shelter records, which are of critical importance. Destruction of this evidence would be highly prejudicial. Plaintiff requests that Defendants confirm in writing that a litigation hold has been placed on all relevant evidence.

**Dated:** 09/25/2025

Respectfully submitted,

*Akaniyene Etuk*

**Akaniyene William Etuk**
Plaintiff, Pro Se

> Plaintiff's request for initial discovery at Dkt. No. 74 is DENIED WITHOUT PREJUDICE pending the resolution of the Motion to Dismiss (Dkt. No. 61 (the "MTD")). Once the Court decides the MTD, the Court will hold an Initial Case Management Conference pursuant to Federal Rule of Civil Procedure 16 where the Court will set a discovery schedule on any of Plaintiff's surviving claims.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 74.
>
> SO ORDERED   9/29/25
>
> SARAH L. CAVE
> United States Magistrate Judge