UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                :

AKANIYENE ETUK,                        :

                      Plaintiff,       :

            -v-                   :           24 Civ. 4953 (JPC)

                              :           <u>ORDER</u>

BRONXWORKS, *et al.*,          :

                      Defendants.   :

                              :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In its Opinion and Order on March 31, 2026, the Court directed Plaintiff to show cause within twenty-one days why his Section 1983 and ADA claims against Defendants BronxWorks and Montefiore should not be dismissed without prejudice. Dkt. 83 at 18-20. Accordingly, Plaintiff's deadline to respond to the order to show cause was April 21, 2026. The court warned that failure to respond by that deadline "will result in the dismissal of the federal claims against BronxWorks and Montefiore." *Id.* at 20. The docket does not reflect any response from Plaintiff. The Court therefore dismisses Plaintiff's Section 1983 and ADA claims against BronxWorks and Montefiore without prejudice and with leave to amend for the reasons stated in its Opinion and Order, *see id.* at 18-20.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

SO ORDERED.

Dated: April 23, 2026
      New York, New York                              JOHN P. CRONAN
                                                United States District Judge